**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DITRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| IN RE AHERN RENTALS, INC. "TRADE SECRET" LITIGATION | **CERTIFICATE OF SERVICE**<br><br>Case No. 2:20-md-02945-BP<br><br>(*THIS DOCUMENT RELATED TO THE MCCORMAC ACTION ONLY,*<br>*Case No. 2:19-cv-01003*) |

I HEREBY CERTIFY that on the 9th day of February, 2021, and in compliance with L.R. 26.3(b), Plaintiff Ahern Rentals, Inc., in the matter entitled *Ahern Rentals, Inc. v. Michelle McCormac and EquipementShare.com, Inc.*, pending in the U.S. District Court for the District of Utah, Case No. 2:19-cv-01003, served *Plaintiff's Answers and Objections to Defendant EquipmentShare.com, Inc.'s Second Set of Requests for Production of Documents* and *Plaintiff's Answers and Objections to Defendant EquipmentShare.com, Inc.'s Second Set of Interrogatories* via electronic mail upon the following counsel of record:

Austin Egan
STAVROS LAW P.C.
8915 S. 700 E., Ste. 202
Sandy, UT 84070
Austin@stavroslaw.com
*Counsel for Defendant Michelle McCormac*

Perry S. Clegg
Andrea Kelly
KUNZLER BEAN & ADAMSON, PC
50 W Broadway, Suite 1000
Salt Lake City, UT 84101
pclegg@kba.law
akelly@kba.law

Michael E. Brewer
BAKER MCKENZIE LLP
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Michael.Brewer@bakermckenzie.com

Mark D. Taylor
BAKER MCKENZIE LLP
1900 North Pearl, Suite 1500
Dallas, Texas 75201
Mark.taylor@bakermckenzie.com

*Counsel for Defendant Equipmentshare.com Inc.*

Goli Rahimi
Attorney, Employment & Compensation
Baker & McKenzie LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601 United States
goli.rahimi@bakermckenzie.com

DATED this 9th day of February, 2021.

RAY QUINNEY & NEBEKER

*/s/ Gregory S. Roberts*
Gregory S. Roberts
*Attorneys for Plaintiff*

1529870v.3