IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

IN RE: AHERN RENTALS, INC., ) Case No. 20-02945-MD-C-BP
TRADE SECRET LITIGATION. ) This Document Relates to All Actions

## ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT ORDER

The Joint Motion to Amend Case Management Order, (Doc. 420), is **GRANTED** and Case Management Order No. 2, (Doc. 20), is amended as follows:

1. MOTION TO AMEND PLEADINGS. Any motion to amend the pleadings shall be filed on or before August 1, 2021.

2. MOTION TO JOIN ADDITIONAL PARTIES. Any motion to join additional parties shall be filed on or before August 1, 2021.

3. DISCOVERY DEADLINE. All pretrial discovery authorized by the Federal Rules of Civil Procedure shall be completed on or before May 1, 2022. This means that all discovery shall be completed, not simply submitted, on the date specified by this paragraph.

The Court will not entertain any discovery motion absent full compliance with Local Rule 37.1. In the event that a teleconference is needed, email your request to my judicial assistant at annette_cordell@mow.uscourts.gov. A memorandum of the discovery dispute, not to exceed one page in length, should be electronically submitted by each party no later than forty-eight hours prior to the teleconference.

4. EXPERT DESIGNATION DEADLINES. The plaintiff shall designate any expert witnesses it intends to call at trial on or before January 1, 2022, and the defendant shall designate any expert witnesses it intends to call at trial on or before March 1, 2022. This paragraph applies to all witnesses retained or non-retained from whom expert opinions will be elicited at trial.

Along with each party's designation of expert witnesses, each party shall provide the other parties with a report, pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P., from each expert witness

designated. Expert witnesses may testify only as to matters contained in the report described above unless leave of Court is granted upon good cause shown.

5. DISPOSITIVE MOTION DEADLINE. All dispositive motions, except those under Rule 12(h)(2) or (3), shall be filed on or before June 1, 2022. All dispositive motions shall have a separate section wherein each statement of fact is individually numbered so that any party opposing such motion may refer specifically to a genuine issue of material fact. Suggestions in opposition to a dispositive motion shall begin with a concise listing of material facts as to which the party contends a genuine dispute exists. All motions for summary judgment shall comply with Local Rules 7.0 and 56.1.

**IT IS SO ORDERED.**

**DATE**: June 11, 2021

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT