IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| IN RE: AHERN RENTALS, INC., <br> TRADE SECRET LITIGATION. | ) <br> ) Case No. 2:20-md-02945-BP <br> ) <br> ) (Relating to Rosencranse Action <br> ) Case No. 2:20-cv-014116-BP) |

## NOTICE OF DEPOSITION OF JAMES PAMPINELLA

You are hereby notified that the following deposition will be taken as follows:

| Deponent: | James Pampinella |
|---|---|
| Location: | **Baker McKenzie LLP** <br> **Two Embarcadero Center, Suite 100.** <br> **San Francisco, CA 94111** |
| Date/Time: | **Tuesday, May 17, 2022, 9:30 a.m.** |

The deposition will be taken upon oral examination and such testimony will be recorded stenographically and videotaped by Veritext Legal Solutions. This deposition will continue from day to day until completed or adjourned.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Michael L. Matula*
Michael L. Matula,           MO #47568
Walter M. Brown,             MO #50515
Sarah E. Jones,              MO #71957
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816-471-1301
Facsimile: 816-471-1303
michael.matula@ogletree.com
walter.brown@ogletree.com
sarah.jones@ogletree.com

**ATTORNEYS FOR DEFENDANT AHERN RENTALS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of May 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ *Michael L. Matula*
**ATTORNEY FOR DEFENDANT
AHERN RENTALS, INC.**